```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BRIAN FISCHLER, individually and on behalf of   :
all other persons similarly situated,           :
                                                :
                                  Plaintiff,    :         18-CV-2887 (VEC)
                                                :
                    -against-                   :         ORDER
                                                :
LA COLOMBE TORREFACTION, INC.,                  :
                                                :
                                  Defendant.    :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/2018

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 12, 2018 (Dkt. 16), the Court ordered that this case would be dismissed on July 11, 2018 unless one or more parties filed a letter asking that this case not be dismissed; and

WHEREAS no party has filed a letter asking that this case not be dismissed;

IT IS HEREBY ORDERED THAT this case is DISMISSED. The Clerk is respectfully directed to terminate all open motions and to close the case.

**SO ORDERED.**

Date: July 13, 2018
New York, New York

**VALERIE CAPRONI**
**United States District Judge**